Christopher B. HAMILTON, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 04–3447.

United States Court of Appeals,
Federal Circuit.

Oct. 5, 2005.

Before MICHEL, Chief Judge,
BRYSON and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.